1  **GREENBERG TRAURIG, LLP**
2  DANIELL K. NEWMAN (SBN 242834)
   newmandk@gtlaw.com
3  1840 Century Park East, Ste. 1900
4  Los Angeles, California 90067
   Telephone:  310.586.7700
5  Facsimile:  310.586.7800

6
   Attorney for Defendants
7  C. R. BARD, INC.,
8  BARD PERIPHERAL VASCULAR INC. and
   MCKESSON CORPORATION
9

10

11           UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14  JONATHAN MOFFETT,                    CASE NO.: 8:20-cv-01658-CJC-ADS

15       Plaintiff,                     Assigned to Hon. Cormac J. Carney
16
17  vs.                                 **STIPULATION TO DISMISS CLAIMS AGAINST McKESSON CORPORATION WITHOUT PREJUDICE**
18  C. R. BARD, INC., BARD
19  PERIPHERAL VASCULAR INC. and
    McKESSON CORPORATION, and
20  DOES 1-100, inclusive,
                                        Action Transferred to C.D. Cal.:  9/16/2020
21       Defendants.
22

23
24
25
26
27
28

STIPULATION TO DISMISS CLAIMS AGAINST McKESSON CORPORATION WITHOUT PREJUDICE

Plaintiff Jonathan Moffett and Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and all causes of action against Defendant McKesson Corporation are dismissed without prejudice, with each party to bear its own costs and fees.

DATED this 30th day of September 2020.

| FEARS NACHAWATI, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ *Arati C. Furness* | By: /s/ *Daniell K. Newman* |
| Arati C. Furness | Daniell K. Newman |
| *Attorney for Plaintiff* | *Attorney for C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation* |

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Arati C. Furness, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

GREENBERG TRAURIG, LLP

By: /s/ *Daniell K. Newman*
Daniell K. Newman