JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/5/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MOFFETT,<br><br>    Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR INC., and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: 8:20-cv-01658-CJC-ADS<br><br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER GRANTING JOINT MOTION TO STAY (DKT. 46)** |

Before the Court is the joint motion of Plaintiff Jonathan Moffett and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (collectively, the "Parties") to stay this litigation while the Parties finalize a settlement reached in principle by the Parties. Finding that a stay will facilitate further settlement negotiations and promote judicial economy, and finding that the Parties agree to the requested relief, the Court finds the joint motion well-taken.

Accordingly, **IT IS ORDERED**:

1. The Joint Motion to Stay Discovery and All Pretrial Deadlines is **GRANTED, with changes made by the Court**.
2. The Court orders the action dismissed without prejudice and orders all proceedings in the case vacated and taken off calendar. The Court retains jurisdiction for 120 days to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.

**IT IS SO ORDERED.**

DATED: October 5, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE